PER CURIAM.
Upon the state’s confession of error, the sentence under review is reversed and the cause is remanded to the trial court with directions to impose a sentence within the sentencing guidelines (nonstate prison sanction) or a one-cell departure therefrom (community control or 12-30 months incarceration). See Ree v. State, 14 F.L.W. 565 (Fla. Nov. 16, 1989); Lambert v. State, 545 So.2d 838, 842 (Fla.1989); State v. Tuthill, 545 So.2d 850, 851 (Fla.1989); Franklin v. State, 545 So.2d 851, 852-53 (Fla.1989); Fla.R.Crim.P. 3.701(d)(14).